# Court of Appeals
# of the State of Georgia

ATLANTA,____August 03, 2015_____

*The Court of Appeals hereby passes the following order:*

**A15A2114. KELVIN AKWANZA SPOONER v. WELLS FARGO BANK, N. A.**

This case began as a dispossessory proceeding in magistrate court. Following an adverse ruling, defendants Kelvin and Melissa Spooner appealed to the superior court, which likewise ruled against them. Kelvin Spooner then filed a notice of appeal to this Court. "[A]ppeals from decisions of the superior courts reviewing decisions of lower courts by certiorari or de novo proceedings shall be by application for discretionary appeal." *Bullock v. Sand*, 260 Ga. App. 874, 875 (581 SE2d 333) (2003); see also OCGA § 5-6-35 (a) (1). Because Spooner did not follow the proper procedure for requesting appellate review in this case, we lack jurisdiction over this direct appeal, which is hereby DISMISSED.[1]



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,*_____08/03/2015_____
   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*

---

[1] We note that Spooner also filed an application for discretionary appeal, which was docketed as A15D0487.